IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 09-019 (JJF) |
| ) | |
| TORRENT PHARMACEUTICALS LIMITED ) | PUBLIC VERSION |
| and TORRENT PHARMA INC., ) | Original Filing Date: September 25, 2009 |
| ) | Redacted Filing Date: October 6, 2009 |
| Defendants. ) | |

## STIPULATION AND ORDER

## REDACTED IN ITS ENTIRETY

MORRIS NICHOLS ARSHT & TUNNELL, LLP

/s/ Karen Jacobs Louden

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
Wilmington, Delaware 19899-1347
jblumenfeld@mnat.com
klouden@mnat.com
(302) 658-9200

Counsel for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Allen M. Sokal
Robert D. Litowitz
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

MURPHY & LANDON

/s/ Francis J. Murphy

Francis J. Murphy (#223)
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
fmurphy@msllaw.com
(302) 472-8100

Counsel for Defendants Torrent
Pharmaceuticals Limited and Torrent
Pharma Inc.

OF COUNSEL:

Keith D. Parr
Kevin M. Nelson
David B. Abramowitz
LOCKE LORD BISSELL & LIDDELL
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0497

Robert C. Stanley
FINNEGAN, HENDERSON, FARABOW,
　GARRETT & DUNNER, L.L.P.
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
(404) 653-6400

    SO ORDERED, this _____ day of _____, 2009.

      _____
      United States District Judge

3160957